# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 27, 2026

*By the Court:*

| | |
|---|---|
| Nos. 25-2803, 25-3256 & 26-1598 | JANIAH MONROE, et al., individually and on behalf of a class of similarly situated individuals,<br>Plaintiffs - Appellees<br><br>v.<br><br>LAMENTA CONWAY, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:18-cv-00156-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel | |

Upon consideration of the **MOTION TO STAY SUPPLEMENTAL BRIEFING**, filed on May 26, 2026, by counsel for the appellants,

**IT IS ORDERED** that briefing in these appeals is **STAYED** pending a response from appellees.

form name: **c7_Order_BTC** (form ID: **178**)