# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 1, 2026

*By the Court:*

| | |
|---|---|
| Nos. 25-2803, 25-3256, & 26-1598 | JANIAH MONROE, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>LAMENTA CONWAY, et al.,<br>Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 3:18-cv-00156-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel |

The following are before the court:

1. **MOTION TO STAY SUPPLEMENTAL BRIEFING**, filed on May 26, 2026, by counsel for the appellants.

2. **PLAINTIFFS-APPELLEES' RESPONSE TO MOTION TO STAY SUPPLEMENTAL BRIEFING**, filed on May 28, 2026, by counsel for the appellees.

**IT IS ORDERED** that briefing in this appeal remains **STAYED** pending further order of the court. The parties shall file, by June 12, 2026, a status report on the issue of mootness in all of these appeals. Alternatively, the parties may file a motion for voluntary dismissal or for other appropriate relief by that date.