# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 16, 2026

To: Monica A. Stump
UNITED STATES DISTRICT COURT
Southern District of Illinois
East St. Louis, IL 62201-0000

| | |
|---|---|
| Nos. 25-2803, 25-3256, & 26-1598 | JANIAH MONROE, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>LAMENTA CONWAY, et al.,<br>Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 3:18-cv-00156-NJR<br>Southern District of Illinois<br>District Judge Nancy J. Rosenstengel |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| TYPE OF DISMISSAL: | F.R.A.P. 42(b) |
| STATUS OF THE RECORD: | no record to be returned |

form name: **c7_Mandate** (form ID: **135**)